# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>WALTER ORR,<br><br>    Defendant.<br>_____/ | CASE NO. CR F 06-0284 LJO<br><br>**ORDER TO RESPOND TO MOTIONS TO REDUCE SENTENCE AND TO RECONSIDER**<br>(Docs. 233, 238, 244.) |

Defendant Walter Orr ("defendant") has filed pro se papers to seek to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(2) ("section 3582(c)(2)") based on an amendment to the U.S. Sentencing Guidelines ("USSG"), which became applicable on November 1, 2011. This Court construes defendant's papers to seek relief under and/or retroactive application of the Fair Sentencing Act ("FSA"), Pub. L. No. 111-220, and emergency, temporary amendments to the U.S. Sentencing Guidelines. As such, this Court:

1. ORDERS the United States, no later than November 23, 2011, to respond to defendant's papers to seek a sentence reduction and to indicate whether the United States will stipulate to a sentence reduction and if so, its proposed sentence reduction; and

2. DIRECTS the clerk to serve this order on Assistant U.S. Attorney Kevin Rooney and defense counsel Caroline C. McCreary.

IT IS SO ORDERED.

**Dated:   November 9, 2011**              /s/ Lawrence J. O'Neill
                                                  UNITED STATES DISTRICT JUDGE